Please do this Case Criminal

Motion to Remove to: Emergency
Medical -
Remove to Federal Ct on Allegations in
Wose —
deadly

Ceremonies of Federal Statute

Harrassment of a

Massachusetts Attorney

Federal Statute!

$10,000 fine 10 yrs in Jail

Paul Salter, Esq

160 Baylston St
2238
Chestnut Hill MA
02467

Juu Wallis Franklin, Esq
Atty-at-Law
# 177580        617 230-0582

U.S. DISTRICT COURT
DISTRICT OF MASS.
2012 OCT 12 P 2:03
FILED
IN CLERKS OFFICE

Dear Clerk,                                                    08/15/12

Enclosed please find an Amended Complaint which does not exclude the previous complaint; including ABC and their participation in having a  Tom Cottle Phd on the AIR who misrepresented himself and did me injurious harm; ABC was his employer and under the Theory of Respondeat Suprior is res;ponsiblef or his misdiagnosis of " psychosomatic tooth pain" which is not even a medical diagnosis of any kind; the present disfigurement and Pain, I believe was willful; Anthony Weikel; MD is a Known mafia person who may have had ties to Michael Mastromarino DDS/ MD Gotti's son in law whom my roommate from Barnard College of Columbia University prosecuted and my other roommate Laura Brevetti Attorney prosecuted Gotti; I have reason to believe the Bad medical care Anthony Weikel MD did the horrific nose was deliberate and willful and that Tom Cottle may have been involved as I had exposed him as a Phd in Sociology; he has no training in psychology other than being in a mental facility in England under Anna Freud; That in and of itself does not allow you to call yourself a psychologist; and even if he were he was not qualified to diagnose my dental pain; he is not a dentist; Robin Mayfield MD has done me injurious harm; I have had the opportunity or misopportunity to try to correct a paper for her; She cannot write a straight English sentence and may have been admnitted to college on Affirmative Action and shows poor judgment and compromised my life; I had scheduled surgery to correct the nose which is painfully disfiguring and she destroyed it; I feel she should pay for all the repair as should tom cottle and Fred Hochberg MD all of whom did me injurious harm; Cancer of the nose and upper jaw and sinus pain is serious; My twin sister who has been the ugly twin for the past 30 years; I was the ugly twin for the 20 years from age 4 to age 24; and until *8*when I was hit by a car door; if the valet had not been standing holding the door I would not have hit the door that hard; the door would have swung open; I am in pain and disfigured and unhappy about it; If you can find another woman who loves to be in excruciating pain from untreated cancer and disfigured by the use of metals to which I am allergic; then maybe you have a point; but I doubt any woman doctor or lawyer or any woman would be any less upset than I am; I would appreciate yours and assistance on this;

Ann Wallis Franklin, Esquire

Elizabeth Paine Franklin, JD.

160 Boylston Street 2238

Chestnut Hill, MA 02467

617-230-0582

857-928-0634

*awf efq*

*2012 -2044*

*Please Reman to Federal ct.*

*Docket # was already assigned -I'm away and do not have it*

*This case may be remand to Federal ct*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,SS

SUPERIOR COURT / Federal Ct Remoul
CIVIL ACTION/ / Criminal
Docket #

Plaintiffs;

Ann Wallis Franklin, Esquire

Elizabeth Paine Franklin , Lawyr

Vs

Defendants:

See Attatched sheet;

Amended Complaint / Removal to Federal Ct. based
on Harassment of a Mass, Atty.

1. On or about October 4,2011, Ann Wallis Franklin, Esquire was  a passenger with Elizabeth Paine Franklin, rushing to Newton Wellesley Hospital for the purpose of preop testing prior to surgery for "two malignant polyps" found on a routine Colonoscopy done by James Klingenstein MD/JD

2. Plaintiffs, Ann and Elizabeth Franklin had been in Arlington seeking a second opinion from a Dr William Flynn MD who had removed Ann Wallis Franklin's appendix and repaired a torn intestine from a swallowed clam shell four years prior;  Plaintiffs were unaware that mother and brother had told Dr Flynn MD that they were not going to use him; so he said" you need no surgery without looking at the recent ctscan from the Emergency Room at Newton Wellesley showing a "ruptured appendix' informed by Bruce H. Suzuki MD Ear Nose and Throat doctor of 10 years.

3. In the course, of travelling to the hospital, plaintiffs came to a stop in front of Newton Wellesley Hospital where preop testing is done; Ann Wallis Franklin got out of the car and could not find Elizabeth; Thinking she had passed out from pain, knelt down to look in the back seat;

4. Elizabeth had dropped her pocket book and was picking it up; the valet was holding the door; When Ann came back out of looking in the back of the car, she came and hit the car door broadside with the corner of the car door hitting in the face causing a knicked blood vessel and bled inside and outside;

5. Paul vonRyll Gryska MD was originally reluctant to do the surgery because Eliz;abeth had Medicare a consequence of a job she had in which the company folded and gave her Medicare; The twin who had at one point Mass health according to David KEiff MD a plastic surgeon

referred from St Elizabeth's Stanton Medical Group; Dr Bonanno; that she had lost her teeth because she had Mass health

6. In fact, both Ann and Elizabeth Franklin carried Blue Cross Blue Shield but because of Ann's position in City Hall as an Attorney for Mayor White and her father's the late Earl Wallace Franklin as Head of Workers' Compensation, when she became ill at City Hall could not collect the percentage of pay allowed for people being ill on the job; and was offered Blue Cross Blue shield and mass health to pick up the copay; Elizabeth carried Blue Cross Blue Shield until her company went Bankrupt and ended up only recently on Medicare; they may have made a mistake on her age or mixed us up; Whatever; we have had trouble with the changing insurance plans we have had not our fault

7. Plaintiff Ann Franklin would have gone to the ER but did not want to interrupt Beth having her malignant polyps taken out; james Klingenstein MD/JD got von Gryska MD to do it; and so I was worried if I went to the ER he wouldn't do my twin sister

8. At night, I swelled up and went to Norwood Hospital  Urgent Care and had an xray taken which showed a fractured nose; we had the xray faxed to Bruce H.Suzuki MD

9. Following Elizabeth's surgery on October 5, 2011 and after two days of recovery in which she also suffered a heart condition; We had rushed for preop but they failed to do an EKG and didn't seem to be rushed at all; we were given the impression if we didn't get there on time they would not do the surgery; James Klingenstein MD/JD had told us together about her malignancy so we were concerned;

10. On October 13,2011 Bruce H. Suzuki MD did surgery on Ann Wallis Franklin; I came out not feeling well and was informed that I had some substance in my nose that I was allergic to and had to take allergy medication and then see a plastic surgeon to take the cartilage out he had put in;

11. I began to consult Plastic surgeons; Renee O 'sullivan from Von Gryska MD was 88 and I remarked however superior in her knowledge she was was too old to be practicing medicine; I did not know they had a practice of sharing the practice with the granddaughter Kimberly who probably competent was the person who did the surgery; a kind of bait and switch

12. I saw a Hrencko MD who was also a referral from Von Gryska Md who said I know you are going to do surgery with Anthony M Weikel; MD whom I had just happened upon on the street;

13. The nose was hooky and beaky; I had no way of knowing the nose would become unswollen

14. We did schedule the surgery three times and finally on January 4, 2012; after taking tons of left over prednisone I had left over from other surgeries with Bruce H. Suzuki MD saw the nose go back to normal

15. I asked Anthony Weikel MD if I could put it off two weeks and he said; You leave here you leave for the last time ;and we are doing the nose today

16. I went into surgery and when I woke up he said" it was his worst nightmare; He had said; He didn't agree with Bruce H. Suzuki Md on something; I thought it was the arachnoid cyst that my father had refused surgery for;

17. The arachnoid cyst is part of hemangioma a cyst and tumor wrapped around nerves and blood vessels cutting off the blood supply to the face and attatched to a tumor sitting on the trigeminal nerve in the face; I wanted the surgery to drain the cyst; but my father unknown to

me had refused it; I was a 32 year old Massachusetts Attorney and felt that that was wrongful; Fred H .Hochberg MD was particularly greedy and wanted his money; although I had given his secretary the Blue Cross Blue Shield I had shown him the Mass Health card; I thought he was aware that over the course of my having tooth pain; a Dr Tom Cottle on tv had called my pain psychosomatic to a Federal Agency; and for which I was unable to get any medical or dental care; and ultimately lost the last eleven teeth even though I was finally able to get them root canalled and was out of pain; I was threatened in the same way that Anthony Weikel; MD had threatened me; They said; I had interrupted their ball game;  (Roberts)

18. I came out of surgery and had a cerebral hemorrhage that night; I filled up with blood and the nose swelled about 15 times the size; I saw the doctor who said; YOU are allergic to the bone graft; we said; "aren't you going to take It out and he refused; Bruce H Suzuki MD had signed off on the surgery saying it was safe to do; and so we relied on his expertise;

19; the nose became so enlarged and disfiguring that i consulted a Mr Enright, Attorney who sent a letter to Weikel MD requesting the 8000 back and a request for medical records to Bruce H.Suzuki MD; Both doctors then refused to treat;

20 The next 9 months were spent trying to get medical care for excruciating pain and disfigurement; A combination of allergic substances  lipids in the face and nose WEikel; MD had put in and said; Noone is allergic to lipids and a flare up of osteomyelitis a bone infection I had had in a previous car accident with Alan Segelman DMD who gave the same bone infection to my cousin Jack Smookler; he got iv antibiotics; I got the police from Tom Cottle' Phd who had called my tooth pain psychosomatic

21; presently there are surgeries scheduled which may or may not resolve the problem; however, the incompetency of the doctors we have seen in Boston has been abhorrent and prevented my twin sister passing the BAR exam and my completing my medical degree; a feat which as graduates of Barnard College we should have been able to obtain easily;

Wherefore we seek damages of 125 million dollars for disfigurement and pain over the course of 35 years with a failure to do the appropriate tests and diagnose" hemangioma; trauma, and a Localized malignancy:  the pattern of behavior was one of concealment and deceit with a criminal mind" mes rea which should not go unpunished;

By the Attorney and her lawyer Sister;

Ann and Elizabeth Franklin

Ann Wallis Franklin

Elizabeth Paine Franklin

160 Boylston Street 2238

Chestnut Hill MA 02467

857-928-0634

617-230-0582

Elizabeth Paine Franklin
160 Boylston St #2238
Chestnut Hill, MA 02467
Home: 617-332-0087
Cell: 857-928-0634
Email: ebethfranklin@yahoo.com

EDUCATION:    JD: Southern New England School of Law, Dartmouth, MA·
              M.A.; M. Ed., Counseling Psychology, Columbia University, NY, NY.
              M. A.T. Education, Simmons College, Boston, MA.
              B. A. Barnard College, Art History, NY, NY.

              Certificates: Technical Writing & Desktop Publishing, Middlesex
              Community College, Bedford, MA.

TOOLS:        Word Processing: IBM PC: Word, Macintosh Word, Word Perfect
              Desktop Publishing: IBM PC: Page Maker, Macintosh: PageMaker
              Graphics: Quark Express for the IBM PC, Photo Shop.

RELEVANT EXPERIENCE:

'97 to pres.      Boston Public Schools, Boston, MA
                  Substitute Teacher, Boston Latin School

9 '94 to 2 '97    Number Nine Visual Technology, Lexington, MA.
                  Software Technical Writer, Marketing Department
                  Responsible for the development of all Company documentation including:
                  User Guides, Technical Reference Guides, Installation Guides

9 '93 to 7 '94    MTV Networks, Viacom, Inc. NY, NY.
                  Software Technical Writer, Project Leader; Billing & Accounts Receivable
                  Developed User Guide & Training Manuals
                  Trained Viacom Employees in using the B & AR software.

9 '91 to 6 '93    General Electric, Meter & Control Division, Somersworth, NH.
                  Software Technical Writer - Company Wide
                  Developed Standing Instruction & User Guides
                  Produced User Guide for an on-line, remote-site based, meter- reading
                  machine.

9 '88 to 8 '89    Analog Devices, Inc. Digital Signal Processing Division, Norwood, MA.
                  Firmware Technical Writer, Marketing Department
                  Developed User Manual that required acquisition of programming language.
                  Sole responsibility for all User Documentation & Administrator Guides.

9 '83 to 6 '88    Wang Laboratories, Inc. Lowell, MA
                  Documentation specialist for PC Small Systems group.
                  Responsibilities included no fewer than 11 documents at any one time.
                  Wrote data-base manual "Wang Office Records Keeper".

**Ann Wallis Franklin, Esquire**
**160 Boylston St #2238**
**Chestnut Hill, MA 02467**

**Home: J17-332-0087**
**Cell: 617-230-0582**

**Education**
**Mount Holyoke College**, So. Hadley, MA '69-'70
**Barnard College of Columbia University**, NY, NY 9 '70 - 2 '73; AB  Art History: "With
    Distinction"  Minor: Political Philosophy/Biology.
**Harvard University Graduate School of Design**, Department  of City and Regional Planning
Cambridge, MA. Specialization: Developing Countries - Honors Workshop "Water Quality
    Legislation for Duxbury, MA; 'MCRP '79.
**The London School of Economics**, London, England; 10 '78. Department of Politics; MSc. with
Distinction; Thesis: Foundations of Constitutional Monarchy in the Medieval Church.
**The New England School of Law**, Boston, MA.; JD '78; Deans List; 3 yr; Specialization:
    Constitutional Law, Federal Courts, Securities Regulation; Harvard Law School,
    Environmental Law.
**Ross University School of Medicine**: Spring Term; '80 Neuroanatomy & Genetics.
**Brown Medical School**, Providence R.I. Fall '80-81- Retroactive Leave
**Hahnemann Memorial Institute for the Health Sciences**; h.MD Fall '81;
**Harvard Medical Scientist Training Program** - admitted 1986 (unable to attend-car accident)

**Certifications:**
**Member of the Mass BAR '79**
**Math Certification in Teaching – Provisional**
**Technical Writing Certification '96**

**Work Experience**
**Research Assistant:** Columbia University College of Physicians and Surgeons;  Presbyterian
Hospital Clinical Microbiology Laboratory -'72: Summer & Fall: Senior Year Barnard College
Columbia University.
**Research Assistant:** Harvard School of Public Health- Department of Microbiology: Research
Assistant; Publication: Journal of Physiology '74, Co-author; Steve Morse, PhD., supervisor.
**Legal Intern:** Officer of the Attorney General Division of Consumer Protection: Frank Bellotti,
Paula Gold. '75 summer
**Law Clerk:** Law Offices of McCormack & Franklin, Boston, MA., '79 to '80.
**Law Clerk:** Law Offices Wasserman & Salter, Boston, MA.  '81 to '82.
**Law Clerk:** Mayor White: Administration: Dennis Morgan, Supervisor; '81-82.
**Law Clerk:** Law Offices of Robert M. Franklin, 1986 to present.
**Teacher:** Physics – FOCUS program for advanced students '92
**Teacher:** Boston Latin School: Boston, MA – Physics, Math teacher 1997 - present

**References:**
Professor William A. Doebele - Graduate School of Design, Harvard University, Cambridge, MA
Robert M. Franklin, Esquire - Law Offices of Franklin &, 685  Center Street, Jamaica Plain,  MA
Malcolm Flynn –Boston Latin School, Boston, MA

1

copy Defendant List

1) Newton Wellesley Hospital, Washington St
   Newton, MA.

2) James Klingenstein, MD/OD  Newton Wellsley
   Hospital

3) William Flynn, MD   22 Mill St.
   Arlington, MA.

4) Bruce H. Suzuki, MD   One Brookline Place,
   Brookline, MA. 02467

5) Doug Ross, MD Dept. of Endocrinology
   & wife   Mass General Wang Bldg

6) Valet Dept. Newton Wellesley Hospital

7) Paul vonRyll Gryska, MD Newton
   Wellesley

2a   Robin Mayfield, Kent St Brookline, MA

(8) David Reiff, MD   Dept Of Plastic Surgery
        Mass. Eye + Ear Infirmary

(9)   Stanton Medical Group,   St. Elizabeth's
        Hospital

(10)   Norwood Urgent Care, Norwood, MA.

(11)   Renée O'Sullivan, MD Kimberly O'Sullivan
            One Denton St., Wellesley MASS

(12)   Hrencko, MD Plastic Surgeon,
            Watich, MA.

(13)   Anthony Weikel, MD Boylston Strut
            Newton Centre, MA

(14)   Fred H. Hochberg, MD Mass. General
            Hospital

(15)   Tom Cottle, Phd 12 Beaconsfield Rd.
                        / Kent St. Brookline, MA



Post op 6 months

Anthony D. Whittel M



Robert Goldwyn, MD Post op. 3 months
deceased

Bruce H. Suzuki, MD



Post op 5 days



Add WG to plaintiff and

to defendant list    3rd New York Presbyterian Hospital

Valet Company

Take Flynn, MD off the list

and anyone who fixes the nose

under Blue Cross / Blue Shield / if faculty member is

Including Von Brysk, MD

We were referred to Sloan Kettering for cancer

but have been too ill to go there

The nose disfigurement is

in part related to a cyst they

didn't take out and cancer in the

nose and face "Olfactory neuroblastoma"

and "neuroblastoma us" untreated to date

We're too tired to travel and do not feel well.  after

Pain and Disfigurement deliberate

We just need the grafts removed in

the nose Weitz, MD said slipped and

I was allergic to and the nostrils

turned. He gave me pig nostrils and

thought it was funny. I am

scared to death of Anthony M. Weitz,

auf esq